IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., PURDUE PHARMACEUTICALS L.P., THE P.F. LABORATORIES, INC., and RHODES TECHNOLOGIES, <br><br> Plaintiffs, <br><br> v. <br><br> EPIC PHARMA, LLC and PURACAP PHARMACEUTICAL LLC, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 16-87 (RGA) ) ) ) ) ) ) ) |

**STIPULATED DISMISSAL**

On consent of PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P. and RHODES TECHNOLOGIES and EPIC PHARMA, LLC and PURACAP PHARMACEUTICAL, LLC, and as settlement of this action between those parties, PURDUE PHARMA L.P., a limited partnership organized and existing under the laws of the State of Delaware, having a place of business at One Stamford Forum, 201 Tresser Boulevard, Stamford, Connecticut 06901, THE P.F. LABORATORIES, INC., a corporation organized and existing under the laws of the State of New Jersey, having a place of business at One Stamford Forum, 201 Tresser Boulevard, Stamford, Connecticut 06901, PURDUE PHARMACEUTICALS L.P., a limited partnership organized and existing under the laws of the State of Delaware, having a place of business at 4701 Purdue Drive, Wilson, North Carolina 27893 and RHODES TECHNOLOGIES, a general partnership organized and existing under the laws of the State of Delaware with a place of business at 498 Washington Street, Coventry, Rhode Island 02816 (individually and collectively, "Purdue"), and, EPIC PHARMA, LLC, a Delaware limited liability company having a principal place of business at 227-15 N.

Conduit Avenue, Laurelton, New York 11413, PURACAP PHARMACEUTICAL LLC, a New Jersey limited liability company having a principal place of business at 1001 Durham Avenue, South Plainfield, New Jersey 07080 (individually and collectively, "Epic") (Purdue and Epic being sometimes referred to herein individually as a "Party" and collectively as the "Parties"), it is Ordered, Adjudged and Decreed as follows:

1. The Parties agree that Purdue's claims are dismissed without prejudice. Further, Epic and Purdue waive and release any possible claim, against each other based on conduct or events that have occurred prior to August 17, 2018 relating to the patents in suit and Epic Pharma, LLC's Abbreviated New Drug Application ("ANDA") No. 204348 as well as any claims or counterclaims that could have been pleaded in 16-cv-00087 (the "Action"). For the sake of clarity, nothing in this Stipulated Dismissal: (a) applies, or may be used by any party with respect, to any ANDA or NDA submitted by Epic, so long as Epic has made a good faith determination that such ANDA or NDA satisfies the then-applicable regulatory requirements (including FDA Guidance) for approval (an "Abuse Deterrent ANDA or NDA"); (b) limits the claims, defenses, or counterclaims that may be asserted in any action based on any Abuse Deterrent ANDA or NDA; (c) prohibits either Party from asserting that the other Party has breached the Settlement Agreement; or (d) prohibits Purdue from asserting any patent against Epic in connection with any ANDA or NDA.

2. No right, written or oral license or sublicense, covenant not to sue, waiver or release or other written or oral authorization is or has been granted or implied by this Stipulated Dismissal.

3. The Action is hereby dismissed without costs or attorney's fees, save that this District Court shall retain jurisdiction over the Action, including without limitation, over

- 3 -

implementation of, or disputes arising out of, this Stipulated Dismissal or the settlement of the Action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ Megan E. Dellinger | /s/ Kenneth L. Dorsney |
| Jack B. Blumenfeld (#1014) | Kenneth L. Dorsney (#3726) |
| Rodger D. Smith II (#3778) | 500 Delaware Avenue, Suite 1500 |
| Megan E. Dellinger (#5739) | Wilmington, DE 19801 |
| 1201 North Market Street | (302) 888-6800 |
| P.O. Box 1347 | kdorsney@morrisjames.com |
| Wilmington, DE 19899 | |
| (302) 658-9200 | *Attorneys for Defendant* |
| jblumenfeld@mnat.com | *Epic Pharma, LLC* |
| rsmith@mnat.com | |
| mdellinger@mnat.com | |
| | |
| *Attorneys for Plaintiffs Purdue Pharma L.P., Purdue Pharmaceuticals L.P., The P.F. Laboratories, Inc., and Rhodes Technologies* | |

SMITH KATZENSTEIN & JENKINS LLP

/s/ Eve H. Ormerod
Neal C. Belgam (#2721)
Eve H. Ormerod (#5369)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendant*
*PuraCap Pharmaceutical LLC*

August 20, 2018
12144329

SO ORDERED this 21 day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE